UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AZUCENA TINAJERO,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | No. 1:16-cv-03204-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

     Before the Court is the parties' Stipulated Motion for Remand, ECF No. 17. The motion was heard without oral argument.

     The parties stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees should be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

     Accordingly, **IT IS HEREBY ORDERED:**

     1. The parties' Stipulated Motion for Remand, ECF No. 17, is **GRANTED**.

     2. The decision denying benefits is **reversed** and **remanded** for further administrative proceedings. On remand, the ALJ shall offer Plaintiff an opportunity for a new hearing, further develop the record, and issue a new

**ORDER GRANTING STIPULATED MOTION FOR REMAND** + 1

decision. The ALJ shall also: reevaluate the medical evidence, including the opinions of Dr. Palmatier, Dr. Keck, and Dr. North; reassess Plaintiff's residual functional capacity; reconsider the nature and severity of Plaintiff's obesity; and if necessary, obtain supplemental evidence from a vocational expert to clarify the effect of the limitations on the occupational base.

3. This remand is made pursuant to sentence four of 42 U.S.C. § 405(g).

4. Plaintiff's Motion for Summary Judgment, ECF No. 13, is **DISMISSED AS MOOT**.

5. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 14th day of August, 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** + 2