# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| AZUCENA TINAJERO,<br><br>*Plaintiff*<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:16-CV-3204-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The parties' Stipulated Motion for Remand (ECF No. 17) is GRANTED. Plaintiff's Motion for Summary Judgment (ECF No. 13) is DISMISSED as moot. Remand is made pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered in favor of Plaintiff and against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a Stipulated Motion for Remand (ECF No. 17).

Date: August 14, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb